152 So.2d 62

### Etienne CLARK

v.

### CIT–CON OIL CORPORATION et al.

No. 46717.

April 29, 1963.

In re: Etienne Clark applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Calcasieu. 150 So.2d 784.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

■

152 So.2d 62

### STATE of Louisiana

v.

### John Lee HILL.

No. 46710.

April 30, 1963.

It is ordered that a Writ of Certiorari issue herein, directing the Honorable Fred S. LeBlanc, Judge of the 19th Judicial District, Court for the Parish of East Baton Rouge, to transmit to the Supreme Court of Louisiana, on or before the 11th day of October, 1963, the record in duplicate, or a certified copy of the record in duplicate, of the proceedings complained of by the relator herein, to the end that the validity of said proceedings may be ascertained.

It is further ordered that the aforesaid Judge of said Court and the respondent through his attorney shall show cause, in this court, on the date aforesaid, at 11 o'clock A.M., why the relief prayed for in the petition of the relator should not be granted.